

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

大成 Salans FMC SNR Denton McKenna Long

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

January 29, 2020

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 05 2020**

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 11A
New York, New York 10007

FEB 0 5 2020

SO ORDERED
The initial conference
scheduled for February 4,
2020 is adjourned to March 3,
2020 at 9:30 a.m.

HON. GEORGE B. DANIELS

Re:   Traynor v. Stila Styles, LLC. No. 1:19-cv-08954-GBD

Dear Judge Daniels:

We represent defendant Stila Styles, LLC ("Defendant") in the above-referenced matter. We respectfully move the Court to adjourn the Initial Conference, currently scheduled for February 4, 2020 at 9:30 a.m. (Doc. 5), to a new date of the Court's convenience sometime after Defendant's deadline to respond to the complaint, which is February 27, 2020.

Plaintiff's counsel has consented to the requested adjournment, which will facilitate the parties efforts to bring about the dismissal of all claims in this action without further litigation.

Respectfully submitted,

Timothy J. Straub

cc:   All counsel of record (by ECF)

US_Active\113505031\V-1