大成 **DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  MAR 2 6 2020

March 26, 2020

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 11A
New York, New York 10007

Dated: MAR 2 6 2020

Re:    Traynor v. Stila Styles, LLC: Case No. 1:19-cv-08954-GBD

Dear Judge Daniels:

We represent defendant Stila Styles, LLC ("Defendant") in the above-referenced matter. We, together with counsel for plaintiff Yaseen Traynor, jointly and respectfully move the Court to stay all case deadlines for forty-five (45) days, from March 27, 2020 to May 11, 2020.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once their efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel of record (by ECF)